UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

REBECCA KENNEDY, WIFE OF/AND                    CIVIL ACTION
PATRICK KENNEDY

VERSUS                                          NO: 06-9954

STATE FARM INSURANCE COMPANY                    SECTION: "J"(5)


**ORDER AND REASONS**

Before the Court is Plaintiff's **Motion to Remand Based on Lack of Subject Matter Jurisdiction (Rec. Doc. 5)**. State Farm Fire and Casualty Company ("State Farm") opposed this motion, which was set for hearing on the briefs on January 17, 2007. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that, for the same reasons set forth by the undersigned in Southall v. St. Paul Travelers Ins. Co., 2006 WL 2385365 (E.D. La. Aug. 16, 2006) in its discussion of amount in controversy, State Farm has not shown that the amount in controversy exceeds $75,000. As the undersigned noted in Southall, "[i]n a claim based on recovery under an insurance policy, it is the value of the claim, not the value of the underlying policy, that determines the amount in controversy." Id. at *3.

Further, State Farm's assertions of jurisdiction under the Multiparty, Multiforum Trial Jurisdiction Act of 2002 ("MMTJA")

1

fail for the same reasons set forth by the undersigned in Southall. Thus, this case should be remanded to the 34th Judicial District Court for the Parish of St. Bernard. Accordingly,

IT IS ORDERED that Plaintiff's **Motion to Remand Based on Lack of Subject Matter Jurisdiction (Rec. Doc. 5)** should be and hereby is **GRANTED.** This case is hereby removed to the 34th Judicial District Court for the Parish of St. Bernard.

New Orleans, Louisiana this 23rd day of January, 2007.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE